UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-CV-11788 MLW

| | |
|---|---|
| JENNIFER E. PADELLARO | ) |
| Plaintiff, | ) |
| V. | ) |
| JAMES A. MCGRAVEY, and CITY OF LAWRENCE, | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of defendant James A. McGravey in the above-captioned matter.

JAMES A. MCGRAVEY,

By its attorneys,

/s/ Michael R. Bernardo
Michael R. Bernardo BBO#648310
Conn Kavanaugh Rosenthal Peisch & Ford, LLP
Ten Post Office Square
Boston, MA 02109
(617) 482-8200

DATED: October 20, 2005

## CERTIFICATE OF SERVICE

I, Michael R. Bernardo, hereby certify that on this date I served a copy of the foregoing Notice of Appearance on all parties by mailing a copy thereof, postage prepaid, to:

Richard C. Bardi, Esq.
6 Beacon Street, Suite 410
Boston, MA 02108

James W. Bucking, Esq.
Foley Hoag LLP
155 Seaport Blvd.
Boston, MA  02210-2600

/s/ Michael R. Bernardo
Michael R. Bernardo, Esq.

DATED:  October 20, 2005

238722.1