| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>JENNIFER PADELLARO | COURT CASE NUMBER<br>05CV 11788MLW |
|---|---|
| DEFENDANT<br>JAMES MCGRAVEY and CITY OF LAWRENCE | TYPE OF PROCESS<br>CIVIL |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
JAMES MCGRAVEY

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
14 MOUNT VERNON CIRCLE, LAWRENCE, MASSACHUSETTS 01840

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Richard C. Bardi
Law Office of Richard C. Bardi
6 Beacon Street, Suite 410
Boston, Massachusetts 02108

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 617-227-4040
DATE: 9-29-05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 38 | No. 38 | | 9/29/05 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
DIRECTED BY FEMALE RESIDENT TO LEAVE IN MAILBOX

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)
SAME

Date: 9/30/05  Time: 11:00  ☒ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund*) |
|---|---|---|---|---|---|
| 45.00 | — | — | 45.00 | 45.00 | — |

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Eastern__ District of __Massachusetts__

Jennifer Padellaro

**SUMMONS IN A CIVIL ACTION**

V.

James McGravey and City of Lawrence, Massachusetts

CASE NUMBER:

05 11788 MLW

TO: (Name and address of Defendant)

James McGravey
14 Mount Vernon Circle
Lawrence, Massachusetts 01840

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard C. Bardi
Law Office of Richard C. Bardi
6 Beacon Street, Suite 410
Boston, Massachusetts 02108

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK                                              DATE   8-30-05

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 9/30/05 |
| NAME OF SERVER (PRINT) JEFF CHRISTO | TITLE CI DUSM |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: FEMALE AT RESIDENCE. WOULD NOT IDENTIFY HERSELF. INSTRUCTED ME TO LEAVE IT IN THE MAILBOX + CONFIRMED IT WAS MCGRAVEY'S RESIDENCE. FEMALE WAS 80+ YEARS OLD.

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/30/05
Date

Signature of Server

BOSTON MA 02210
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure