UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

.....................................
JENNIFER PADELLARO,

               Plaintiff,      CIVIL ACTION NO. 05-11788-MLW

      v.

JAMES MCGRAVEY and
CITY OF LAWRENCE,

               Defendants.
.....................................

## NOTICE OF APPEARANCE

Please enter the appearances of James W. Bucking and Scott C. Merrill as attorneys for the defendant, City of Lawrence, in the above referenced matter.

                                          **CITY OF LAWRENCE**

                                          By its attorneys:

                                          s/ James W. Bucking
                                          James W. Bucking, BBO #558800
                                          Scott C. Merrill, BBO #631008
                                          Foley Hoag LLP
                                          155 Seaport Boulevard
                                          Boston, MA 02210
                                          (617) 832-1000

Dated: October 26, 2005

B3112734.1