UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

.................................
                                          .
JENNIFER PADELLARO,                       .
                                          .
                 Plaintiff,               .   CIVIL ACTION NO. 05-11788-MLW
                                          .
        v.                                .
                                          .
JAMES MCGRAVEY and                        .
CITY OF LAWRENCE,                         .
                                          .
                 Defendants.              .
.................................

## NOTICE OF APPEARANCE

Please enter the appearance of Scott C. Merrill as attorney for the defendant, City of Lawrence, in the above referenced matter.

                                          CITY OF LAWRENCE

                                          By its attorneys:


                                          s/ Scott C. Merrill
                                          James W. Bucking, BBO #558800
                                          Scott C. Merrill, BBO #631008
                                          Foley Hoag LLP
                                          155 Seaport Boulevard
                                          Boston, MA 02210
                                          (617) 832-1000

Dated: December 5, 2005

B3112734.1