AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____ MASSACHUSETTS

**APPEARANCE**

Case Number: 05-CV-11788-ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JENNIFER PADELLARO

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/27/2006 | *Linda Evans* (signature) |
| Date | Signature |
| | Linda Evans — 635078 |
| | Print Name — Bar Number |
| | Rodgers, Powers & Schwartz LLP, 18 Tremont Street |
| | Address |
| | Boston, — MA — 02108 |
| | City — State — Zip Code |
| | (617) 742-7010 — (617) 742-7225 |
| | Phone Number — Fax Number |