AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____ MASSACHUSETTS

**APPEARANCE**

Case Number: 05-CV-11788-ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
JENNIFER PADELLARO

I certify that I am admitted to practice in this court.

| 3/27/2006 | |
|---|---|
| Date | Signature |

| Kevin G. Powers | 405020 |
|---|---|
| Print Name | Bar Number |

Rodgers, Powers & Schwartz LLP, 18 Tremont Street
Address

| Boston, | MA | 02108 |
|---|---|---|
| City | State | Zip Code |

| (617) 742-7010 | (617) 742-7225 |
|---|---|
| Phone Number | Fax Number |