UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-CV-11788-MLW

| | |
|---|---|
| JENNIFER PADELLARO,<br>    Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| JAMES MCGRAVEY and<br>CITY OF LAWRENCE<br>    Defendants. | )<br>)<br>) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Please withdraw my appearance on behalf of the Plaintiff, Jennifer Padellaro, in the above-captioned matter.

    Respectfully submitted,
    Jennifer Padellaro, Plaintiff,
    By her Attorney,

    /s/ Richard C. Bardi
    _____
    Richard C. Bardi/BBO #542797
    Law Office of Richard C. Bardi
    6 Beacon Street, Suite 410
    Boston, Massachusetts  02108
    (617) 227-4040

Dated: March 27, 2006

PDF created with pdfFactory trial version www.pdffactory.com