UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-CV-11788-MLW

JENNIFER PADELLARO,         )
    Plaintiff,              )
                             )
v.                           )
                             )
JAMES MCGRAVEY and           )
CITY OF LAWRENCE             )
    Defendants.             )

**NOTICE OF LIEN FOR ATTORNEY'S FEES**

    Pursuant to General Laws Chapter 221, section 50, Richard C. Bardi and the Law Office of Richard C. Bardi, 6 Beacon Street, Suite 410, Boston, Massachusetts, hereby give notice that they assert a claim of lien for their reasonable attorney's fees and expenses upon the claim of Jennifer Padellaro versus James McGravey and the City of Lawrence, Massachusetts and any other parties responsible arising out of the subject matter of the instant action currently pending in the United States District Court for the District of Massachusetts, Civil Action number 05-CV-11788-MLW. Said lien is asserted upon any proceeds that may become available to such party as a result of this action by way of settlement or judgment.

    In support of this claim, Richard C. Bardi and the Law Office of Richard C. Bardi, state that their representation of Jennifer Padellaro in this claim was authorized by Jennifer Padellaro and that said attorneys have expended time in that effort.

PDF created with pdfFactory trial version www.pdffactory.com

                                  Respectfully submitted,
                                  Jennifer Padellaro, Plaintiff,
                                  By her Attorney,

                                  /s/ Richard C. Bardi
                                  _____
                                  Richard C. Bardi/BBO #542797
                                  Law Office of Richard C. Bardi
                                  6 Beacon Street, Suite 410
                                  Boston, Massachusetts  02108
                                  (617) 227-4040

Dated: March 27, 2006

PDF created with pdfFactory trial version www.pdffactory.com