# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**Civil Action No. 05-CV-11788-MLW**

| | |
|---|---|
| **JENNIFER PADELLARO,** <br> **Plaintiff** | ) <br> ) <br> ) <br> ) |
| **v.** | ) <br> ) |
| **JAMES MCGRAVEY and** <br> **CITY OF LAWRENCE,** <br> **Defendants** | ) <br> ) <br> ) <br> ) |

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1

In compliance with Fed. R. Civ. P. 26(f) and Local Rule 16.1, the parties to the above-captioned case, through their counsel, conferred for the purposes of preparing an agenda of matters to be discussed at the scheduling conference; preparing a proposed pretrial schedule, including a discovery plan; and considering the option of trying this case before a magistrate judge.

The parties have conferred, pursuant to Local Rule 16.1(b)(3), and do not consent to trial of this action before a Magistrate Judge.

In addition, pursuant to Local Rule 16.1(C), Plaintiff made a written settlement proposal to Defendants' counsel.

The certificates required by Local Rule 16.1(D)(3) will be provided by Plaintiff and Defendants under separate cover.

The parties agree that any and all documents produced by the parties in response to discovery requests will be consecutively numbered.

## LOCAL RULE 16.1(D) PROPOSED PRETRIAL SCHEDULE

I.    Joint Discovery Schedule

    A.    Interrogatories and Requests for Documents must be served by December 15, 2006.

B3202877.1

B.    Non-Expert Depositions must be completed by December 15, 2006.

C.    Requests for Admissions must be served by January 15, 2007.

D.    The parties will identify any expert witnesses who may testify on their behalf at trial and will provide expert disclosures, as required by Fed. R. Civ. P. 26(a)(2), by January 15, 2007, or sooner as may be required pursuant to Fed. R. Civ. P. 26, 33, or 34.

E.    The parties will identify any rebuttal expert witnesses who may testify on their behalf at trial and will provide expert disclosures, as required by Fed. R. Civ. P. 26(a)(2), no later than February 15, 2007.

F.    All expert depositions will be completed by March 15, 2007.

II.    Motion Scheduling

A.    The parties shall file all dispositive motions, including Rule 56 motions, together with supporting documents, by April 16, 2007.

B.    Oppositions to Rule 56 motions, filed pursuant to Subsection A above, must be filed by May 16, 2007.

C.    Rule 56 reply memorandums, if any, must be filed by May 30, 2007.

D.    The Court will schedule a pre-trial conference after May 30, 2007.

III.  Limitations on Discovery

A.    Confidentiality

Defendants City of Lawrence and James McGravey have proposed that the parties enter into a Stipulation and Protective Order as to Confidential Information.  Plaintiff opposes Defendants' proposal and several of its substantive provisions, and have proposed a Confidentiality Agreement.  The parties are attempting to resolve their differences in advance of the Rule 16 conference.

B.    Deposition of Plaintiff

B3202877.1

The parties are in agreement that the Defendant City of Lawrence and Defendant James McGravey should have more than the seven hours for the deposition of Plaintiff set forth in Fed. R. Civ. Pro. 30(d)(2), and will assess the amount of additional time that will be necessary for Defendant McGravey to conduct a fair examination of Plaintiff following the conclusion of Defendant City of Lawrence's deposition.

Respectfully submitted,

Jennifer Padellaro, Plaintiff
By her Attorneys,


  s/Linda Evans
Kevin G. Powers, BBO #405020
Linda Evans, BBO #635078
Rodgers, Powers & Schwartz LLP
18 Tremont Street
Boston, MA 02108
(617) 742-7010


City of Lawrence, Defendant
By its Attorneys,


  s/Scott C. Merrill
James W. Bucking, BBO #558800
Scott C. Merrill, BBO #631008
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

James McGravey, Defendant
By his Attorneys,


 s/Michael R. Bernardo
Thomas E. Peisch, BBO #393260
Michael R. Bernardo, BBO #648310
Conn Kavanaugh Rosenthal
Peisch & Ford, LLP
Ten Post Office Square
Boston, MA 02109
(617) 482-8200

Dated:  May 23, 2006


JointRule16.1Statement

B3202877.1