UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

.................................
JENNIFER PADELLARO,                       .
                                          .
                    Plaintiff,            .   CIVIL ACTION NO. 05-11788-MLW
                                          .
            v.                            .
                                          .
JAMES MCGRAVEY and                        .
CITY OF LAWRENCE,                         .
                                          .
                    Defendants.           .
.................................

## CERTIFICATION OF DEFENDANT CITY OF LAWRENCE
## PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), Defendant City of Lawrence and its attorneys hereby certify that they have conferred regarding a budget for the above-captioned litigation and have discussed the use of alternative dispute resolution such as that outlined in Rule 16.4 to resolve the matter.

Respectfully submitted,

_____          _____
James W. Bucking (BBO#558800)         Charles Boddy
Scott C. Merrill (BBO#631008)         City Attorney
Foley Hoag LLP                        City Of Lawrence
155 Seaport Boulevard                 Lawrence City Hall
Boston, MA 02210                      Lawrence, MA  01840
617-832-1000

Dated: May 25, 2006

B3202867.1

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/Scott C. Merrill
Scott C. Merrill

B3159579.1