UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-CV-11788 MLW

| | |
|---|---|
| JENNIFER E. PADELLARO, | ) |
| Plaintiff, | ) |
| V. | ) |
| JAMES A. MCGRAVEY, and CITY OF LAWRENCE, | ) |
| Defendants. | ) |

## CERTIFICATION OF DEFENDANT JAMES A. MCGRAVEY PURSUANT TO L.R. 16.1(D)(3)

Defendant James A. McGravey, by his attorneys, hereby certifies as follows:

1. Defendant McGravey and his counsel have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of this litigation.

2. Defendant McGravey and his counsel have conferred to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

/s/ James A. McGravey
James A. McGravey
14 Mt. Vernon Circle
Lawrence, MA 01843

/s/Michael R. Bernardo
Thomas E. Peisch/BBO#262360
Michael R. Bernardo/BBO#648310
CONN, KAVANAUGH, ROSENTHAL,
  PEISCH & FORD, LLP
Ten Post Office Square
Boston, MA 02109
(617) 482-8200

Dated: May 26, 2006
254873.1

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail (hand) on 5/26/06 electronic notification  /s/ Mike B.