UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-CV-11788-MLW

| | |
|---|---|
| JENNIFER PADELLARO,<br>Plaintiff<br><br>v.<br><br>JAMES MCGRAVEY and<br>CITY OF LAWRENCE,<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CERTIFICATION OF PLAINTIFF JENNIFER PADELLARO
PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), Plaintiff Jennifer Padellaro and her attorneys hereby certify that they have conferred regarding a budget for the above-referenced action and have discussed the use of alternative dispute resolution, as outlined in Rule 16.4, to resolve the lawsuit.

Respectfully submitted,

Jennifer Padellaro
36 Hansom Drive
Merrimac, MA 01860

Kevin G. Powers, BBO #405020
Linda Evans, BBO #635078
Rodgers, Powers & Schwartz LLP
18 Tremont Street
Boston, MA 02108
(617) 742-7010

Rule16.1(D)(3)