UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA05-11788

| Jennifer Padellero | James McGravey et al |
|---|---|
| PLAINTIFF | DEFENDANT |
| Kevin Powers | Thomas Piche |
|  | Scott Merrill |
|  | James Bucking |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER  Romanow

CLERK'S NOTES

| DATES: | Motion Hearing/Scheduling Conference |
|---|---|
| 4/26/06 | Court takes up the motion to amend the complaint. |
|  | After oral argument the court allows the motion to amend the complaint without prejudice to the defendants to argue failure to allege at the summary judgment stage and/or trial. Court sets a schedule for the remainder of the case. Written order to issue. |