UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

JENNIFER PADELLARO,

                Plaintiff,          CIVIL ACTION NO. 05-11788-MLW

                v.

JAMES MCGRAVEY and
CITY OF LAWRENCE,

                Defendants.

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**DEFENDANT CITY OF LAWRENCE'S
FED. R. CIV. P. 26.1(B)(2) DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 26.1(B)(2), Defendant City of Lawrence ("City") hereby makes the following disclosures based upon the information currently available to it:

A.    <u>Rule 26.1(B)(2)(a)</u>

Pursuant to Rule 26.1(B)(2)(a), the City states that it knows of the following individuals and, if known, their addresses and telephone numbers, likely to have discoverable information:

    1.    James McGravey, who has knowledge concerning incidents in the City Clerk's Office.

    2.    Larry Lefebre, who has knowledge concerning incidents in the City Clerk's Office.

    3.    Hon. Michael J. Sullivan, who has knowledge concerning incidents in the City Clerk's Office.

    4.    Eli Bernabe, who has knowledge concerning incidents in the City Clerk's Office.

5. Rick Savage, who has knowledge concerning incidents in the City Clerk's Office.

6. Robert Maldonado, who has knowledge concerning incidents in the City Clerk's Office.

7. Myles Burke, who has knowledge concerning incidents in the City Clerk's Office.

8. Patrick Blanchette, who has knowledge concerning incidents in the City Clerk's Office and the hiring of a new City Clerk in 2004.

9. Marcos A. Devers, who has knowledge concerning incidents in the City Clerk's Office and the hiring of a new City Clerk in 2004.

10. Michael Fielding, who has knowledge concerning incidents in the City Clerk's Office and the hiring of a new City Clerk in 2004.

11. Gilbert Frechette, who has knowledge concerning incidents in the City Clerk's Office and the hiring of a new City Clerk in 2004.

12. Nilka Alvarez-Rodriguez, who has knowledge concerning incidents in the City Clerk's Office and the hiring of a new City Clerk in 2004.

13. Nicholas Kolofoles, who has knowledge concerning incidents in the City Clerk's Office and the hiring of a new City Clerk in 2004.

14. Carlos Matos, who has knowledge concerning incidents in the City Clerk's Office and the hiring of a new City Clerk in 2004.

15. Joseph Parolisi, who has knowledge concerning incidents in the City Clerk's Office and the hiring of a new City Clerk in 2004.

16. Israel Reyes, who has knowledge concerning incidents in the City Clerk's Office and the hiring of a new City Clerk in 2004.

17. Carole Morin, who has knowledge concerning incidents in the City Clerk's Office.

18. Maria Morcelo, who has knowledge concerning incidents in the City Clerk's Office.

19. Teresa Vega, who has knowledge concerning incidents in the City Clerk's Office.

20. Lillian Michaud, who has knowledge concerning incidents in the City Clerk's Office.

By identifying these individuals, the City does not waive, and expressly reserves, any objections it may have to the appropriateness and/or scope of discovery involving these individuals. The City has made a good faith effort to identify individuals required to be identified by the Rules, but reserves the right to rely on testimony of other witnesses which may be later identified, or whose importance to this case may be later ascertained.

B.   Rule 26.1(B)(2)(b)

Pursuant to Rule 26.1(B)(2)(b), the City hereby states that no statements have been obtained at this time of James McGravey or any officers, directors and employees of the City regarding the subject matter of the claims or defenses.

C.   Rule 26.1(B)(2)(c)

Pursuant to Rule 26.1(B)(2)(c), the City states that government agencies or government officials known to have investigated the occurrence giving rise to claims or defenses include the Massachusetts Commission Against Discrimination ("MCAD") which may have investigated the charge filed by Plaintiff against James McGravey and the City of Lawrence, prior to Plaintiff's lawsuit in Court.

I certify on behalf of the City, under the pains and penalties of perjury, that the foregoing is true and correct to the best of my knowledge, information, and belief. Executed this 28th day of June, 2006.

/s/ Michael J. Sullivan
Michael J. Sullivan

CITY OF LAWRENCE

By its attorneys:

/s/ Scott C. Merrill
James W. Bucking, BBO #558800
Scott C. Merrill, BBO #631008
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

Dated: June 28, 2006

CERTIFICATE OF SERVICE

I, Scott C. Merrill, hereby certify that a true copy of the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 28, 2006.

s/ Scott Merrill

B3223000.1

- 4 -