## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**Civil Action No. 05-CV-11788-MLW**

|  |  |
|---|---|
| **JENNIFER PADELLARO,**<br>**Plaintiff** | ) <br> ) <br> ) <br> ) |
| **v.** | ) <br> ) |
| **JAMES MCGRAVEY and**<br>**CITY OF LAWRENCE,**<br>**Defendants** | ) <br> ) <br> ) <br> ) |

## PLAINTIFF AND RICHARD SULLIVAN'S
## (CORRECTED)
## EMERGENCY MOTION TO QUASH AND MOTION FOR PROTECTIVE ORDER

Now comes the Plaintiff Jennifer Padellaro and Attorney Richard Sullivan and request that this Court quash the subpoena served on the Plaintiff's previous Attorney, Richard Sullivan Esq., and issue a protective order that Attorney Sullivan need not produce any work product or any documents evidencing or describing any attorney-client communications or give any testimony regarding any communication he had with Jennifer Padellaro.

As grounds for the Plaintiff's motion, it is stated:

1. Richard Sullivan represented the Plaintiff in a claim of sexual harassment against the Defendants.

2. Richard Sullivan no longer represents the Plaintiff.

3. The attorneys for Defendant City of Lawrence have served a subpoena on Attorney Sullivan.

4. The deposition subpoena has an Exhibit A that demands that Attorney Sullivan provide to the defendants:

> **Any and all documents and records concerning and/or related to Jennifer Padellaro including, without limitation, all notes, bills, invoices, correspondence, diaries, appointment logs, phone logs, phone records, calendars and memoranda, whether in electronic or hard copy form.**

5. The deposition is presently scheduled for September 28, 2006.

6. The depositional subpoena clearly demands that Attorney Sullivan produce documents protected by the attorney-client privilege as well as attorney work product.

7. The Defendant has not articulated why he needs all the documents requested or established that he cannot obtain needed information from other sources.

8. The Defendants' deposition and subpoena are being used for the purpose of intimidating the Plaintiff and causing her to expend unnecessary funds to oppose the subpoena.

9. The Plaintiff seeks attorney's fees for the time and expense for opposing the Defendants' subpoena.

Respectfully submitted,

Jennifer Padellaro
By her Attorneys,

Richard K. Sullivan, BBO # 487680
300 East Main Street
Milford, MA 01757
(508) 482-9777

Kevin G. Powers, BBO #405020
Linda Evans, BBO #635078
Rodgers, Powers & Schwartz LLP
18 Tremont Street
Boston, MA 02108
(617) 742-7010

MotQuash.MotProtectiveOrder.doc

3