
**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Scott Merrill
Boston Office
617.832.1174
smerrill@foleyhoag.com

November 14, 2006

**Via Electronic Filing**

Hon. Mark L. Wolf
Chief Judge
United States District Court for the District of Massachusetts
One Courthouse Way, Room 5110
Boston, MA 02210

    Re:    Padellaro v. James A. McGravey and City of Lawrence
              U.S. District Court Docket No.: 05-11788-MLW

Dear Judge Wolf:

    In accordance with your directive at the status conference on May 30, 2006, the parties have conferred to explore the possibility of settlement and were unable to reach agreement. The parties are currently in the early stages of discovery, and are hopeful that settlement discussions will advance as discovery progresses.

    Very truly yours,

    /s/ Scott C. Merrill

    Scott C. Merrill

CERTIFICATE OF SERVICE

    I, Scott C. Merrill, hereby certify that a true copy of the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on November 14, 2006.

    /s/ Scott C. Merrill

B3280466.1

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000
Foley Hoag LLP    BOSTON    WASHINGTON, DC    www.foleyhoag.com