UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-CV-11788-MLW

|  |  |
|---|---|
| JENNIFER PADELLARO,<br>Plaintiff<br><br>v.<br><br>JAMES MCGRAVEY and<br>CITY OF LAWRENCE,<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF JENNIFER PADELLARO'S DESIGNATION OF EXPERT WITNESSES**

Now comes the Plaintiff Jennifer Padellaro and pursuant to the Court's scheduling order of May 31, 2006 and pursuant to Rule 26(a) (2) of the Fed. R. Civ. P. hereby designates those individuals who may be called as experts in the trial of her case and provides information regarding those experts and their opinions.

LIST OF EXPERT WITNESS WHO MAY BE CALLED IN THIS CASE:

Melvin Nagler, PhD
3 Market Street
Newburyport, MA 01950
Telephone: 978-463-3030

Daniel Coleman, MD
Merrimack Valley
Pulmonary Association
565 Turnpike Street #85
North Andover, MA 01845
Telephone: 978-689-2247

Leo W. Lane, DO
421 Bramble Hill Road
Methuen, MA 01844
Telephone: 978-724-4822

Dr. S. Scott Berzansky
65 Central Street
Georgetown, MA 01833
Telephone: 978-352-7780

Miriam Rosenberg, MD
206 Glezen Lane
Wayland, MA 01778
Telephone: 508-358-7512

Michael Braverman, MD
339 Broadway, Suite #1
Cambridge, MA 02139
Telephone: 617-661-7315

All medical record and reports of the above listed individuals have been provided to the Defendants.

                                                Respectfully submitted,

                                                Jennifer Padellaro
                                                By her Attorney,

                                                _____
                                                Kevin G. Powers, BBO #405020
                                                Rodgers, Powers & Schwartz LLP
                                                18 Tremont Street, Suite 500
                                                Boston, MA 02108
                                                (617) 742-7010

Padellaro\DESIGNATION.OF.WITNESSES.12.14.06.doc