UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-CV-11788-MLW

)
JENNIFER E. PADELLARO,            )
    Plaintiff,                   )
                                  )
v.                                )
                                  )
JAMES A. MCGRAVEY, and            )
CITY OF LAWRENCE,                 )
    Defendants.                  )
_____)

## DEFENDANT JAMES A. MCGRAVEY'S MOTION TO JOIN THE CITY OF LAWRENCE'S MOTION TO COMPEL TESTIMONY OF RICHARD SULLIVAN AND FOR SANCTIONS

Defendant, James A. McGravey, hereby moves to join the City of Lawrence's Motion to Compel Testimony of Richard Sullivan and for Sanctions, which was filed with the Court on December 27, 2006. The City has assented to Mr. McGravey's request to join its Motion. For the reasons stated in the City's Motion, Attorney Richard Sullivan should be compelled to appear, answer the questions from his deposition and any other non-privileged questions, provide a privilege log for any documents that he refuses to produce, and reimburse the City and Mr. McGravey for the expense of having to appear for his December 1, 2006 deposition.

WHEREFORE, for the reasons stated herein and those discussed at length in the City's Motion to Compel, Defendant, James A. McGravey, respectfully requests that the Court provide the relief requested in the instant motion as well as the relief sought in the City's Motion, including, but not limited to, reimbursement for the expense of having to appear for Mr. Sullivan's December 1, 2006 deposition.

Respectfully submitted,

JAMES A. MCGRAVEY

By his attorneys,

Thomas E. Peisch (BBO# 393260)
Michael R. Bernardo (BBO# 648310)
CONN KAVANAUGH ROSENTHAL
 PEISCH & FORD, LLP
Ten Post Office Square
Boston, MA  02109

Date: January 5, 2007                (617) 482-8200

### Local Rule 7.1(A)(2) and Rule 37(a)(4)(A) Certification

I hereby certify that I contacted the offices of Richard Sullivan, Esq. and plaintiff's counsel on January 5, 2007 in a good faith attempt to resolve the issues raised herein, which were unsuccessful.

/s/ Michael R. Bernardo

### Certificate of Service

I, Michael R. Bernardo, hereby certify that a true copy of the above document filed through the ECF system will be sent electronically to the registered participants as identified on the NEF on January 5, 2007, and that a true copy of the above document was served on Richard Sullivan, Esq. via first class mail, postage pre-paid, at 300 Main Street, Milford, Massachusetts.

/s/ Michael R. Bernardo

271656.1