UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNIFER PADELLARO ) | |
|     PLAINTIFF ) | |
| ) | Civil Action No. 05-11788-MLW |
| v. ) | |
| ) | |
| JAMES MCGRAVEY AND ) | |
| CITY OF LAWRENCE ) | |
|     DEFENDANTS ) | |

**NOTICE OF APPEARANCE**

To the Clerk of the Above-Named Court:

Kindly enter my appearance on behalf of Attorney Richard K. Sullivan.  Thank You.

Respectfully submitted,


/S/PETER J. PERRONI
Peter J. Perroni, Esq.
BBO 634716
Nolan/Perroni, LLP
133 Merrimack Street
Lowell, MA 01852
978-454-3800
peter@nolanperroni.com

January 10, 2007

CERTIFICATE OF SERVICE

I PETER J. PERRONI HEREBY CERTIFY THAT THIS DOCUMENT FILED THROUGH THE ECF SYSTEM WILL BE SENT ELECTRONICALLY TO THE REGISTERED PARTICIPANTS AS IDENTIFIED ON THE NOTICE OF ELECTRONIC FILING (NEF) AND PAPER COPIES WILL BE SENT TO THOSE INDICATED AS NON REGISTERED PARTICIPANTS ON THIS DATE.

/S/ PETER J. PERRONI
Peter J. Perroni