UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JENNIFER PADELLARO | ) | |
|     PLAINTIFF | ) | |
| | ) | Civil Action No. 05-11788-MLW |
| v. | ) | |
| | ) | |
| JAMES MCGRAVEY AND | ) | |
| CITY OF LAWRENCE | ) | |
|     DEFENDANTS | ) | |

**ASSENTED-TO MOTION OF RICHARD K. SULLIVAN TO ENLARGE TIME IN WHICH TO RESPOND TO THE MOTION TO COMPEL OF THE CITY OF LAWRENCE AND JAMES MCGRAVEY**

Now comes Attorney Richard K. Sullivan and moves this Court to enlarge the time in which he may respond to the Motion to Compel (Docket No. 42) filed by the City of Lawrence and joined by James McGravey (Docket No. 43).  As reason therefore, Sullivan states as follows:

1. Undersigned counsel was engaged to represent Attorney Sullivan on or about January 8, 2007.

2. The motion to compel involves complicated questions regarding the attorney/client privilege and the Defendants' attempts to depose Attorney Sullivan regarding matters which Attorney Sullivan has maintained are privileged.

3. Undersigned counsel is leaving on vacation to Florida with his family on Thursday January 11 and returning on January 16, 2007.

4. Counsel for the moving parties, the City of Lawrence and James McGravey, have assented to an enlargement of time up to and including Friday January 19, 2007 in which to file a response.

Wherefore, Attorney Sullivan respectfully requests that this motion be allowed and that the time for him to respond to the Motion to Compel be enlarged up to and including January 19, 2007.

Respectfully submitted,
Richard K. Sullivan,
By his lawyer,


/s/_____
Peter J. Perroni, Esq.
BBO 634716
Nolan/Perroni, LLP
133 Merrimack Street
Lowell, MA 01852
978-454-3800
peter@nolanperroni.com

January 10, 2007