UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JENNIFER PADELLARO, | |
| Plaintiff, | CIVIL ACTION NO. 05-11788-MLW |
| v. | |
| JAMES MCGRAVEY and CITY OF LAWRENCE, | |
| Defendants. | |

**JOINT MOTION TO STAY PROCEEDINGS FOR SIXTY DAYS**

Plaintiff Jennifer Padellaro and Defendants City of Lawrence and James McGravey (collectively, "the Parties") hereby move that the Court stay proceedings in this matter for sixty days, including but not limited to, discovery deadlines, pending expert designation and supplementation deadlines, scheduling and pre-trial conferences, trial date, and any other matters addressed in the Scheduling Order.

As grounds therefore, the Parties have begun serious settlement discussions. They believe that staying the case for 60 days, with the exception of Plaintiff deposing James McGravey, will facilitate those discussions. Substantial discovery is scheduled or to be scheduled for the remainder of the discovery period, and there are numerous other matters that will require attention if the case is not stayed, such completing discovery, addressing discovery disputes, and attending to expert matters. In light of the settlement discussions, the Parties view the significant legal fees and other costs that would be incurred if the case is not stayed to be detrimental to the possibility of settling the case. The City is a municipality with significant budget constraints, and McGravey is an individual. The Parties have mutually agreed at this

B3320785.1

time to devote their attentions to the possibility of settling the case, and to preserve their resources to maximize the likelihood that a fair settlement amount can be reached. Staying the case for this brief period will not prejudice the efficient processing of the case, if settlement discussions are unsuccessful.

WHEREFORE, the Parties respectfully request that this Motion be Allowed.

| **JENNIFER PADELLARO** | **CITY OF LAWRENCE** |
|---|---|
| By her attorney: | By its attorneys: |
| /s/ Kevin G. Powers<br>Kevin G. Powers, BBO# 405020<br>Rodgers, Powers & Schwartz LLP<br>18 Tremont Street<br>Boston, MA 02108<br>(617) 7422-7010 | /s/ Scott C. Merrill<br>James W. Bucking, BBO #558800<br>Scott C. Merrill, BBO #631008<br>Foley Hoag LLP<br>155 Seaport Boulevard<br>Boston, MA 02210<br>(617) 832-1000 |

**JAMES A. MCGRAVEY**

By his attorneys:

/s/ Michael R. Bernardo
Thomas E. Peisch, BBO #393260
Michael R. Bernardo, BBO #648310
Conn Kavanaugh Rosenthal
  Peisch & Ford, LLP
10 Post Office Square
Boston, MA 02109
(617) 482-8200

Dated:  February 26, 2007

## Certificate of Service

I, Scott C. Merrill, hereby certify that a true copy of the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 26, 2007.

/s/ Scott Merrill