UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
                                          .
JENNIFER PADELLARO,                       .
                                          .
                 Plaintiff,               .    CIVIL ACTION NO. 05-11788-MLW
                                          .
       v.                                 .
                                          .
JAMES MCGRAVEY and                        .
CITY OF LAWRENCE,                         .
                                          .
                 Defendants.              .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
```

**STATUS REPORT AND JOINT MOTION TO STAY
PROCEEDINGS UNTIL AUGUST 20, 2007**

Plaintiff Jennifer Padellaro and Defendants City of Lawrence and James McGravey (collectively, "the Parties") have engaged in serious settlement discussions, but despite their best efforts have not been able to settle this matter since the Court granted the Parties' request that proceedings be stayed for sixty days on March 6, 2007. Despite the fact that no settlement has been reached to date, the Parties believe there is a reasonable chance to reach a settlement but feel that the only way to do so is by the use of a mediator experienced in the employment field. The Parties have agreed to obtain the services of mediator Mark Irvings to facilitate further discussions. The Parties are familiar with Attorney Irvings and consider him one of the best mediators in the field. Unfortunately, due to the fact that Attorney Irvings is in great demand he did not have any open dates in May, and the first open date he had on which all Parties were available was June 20, 2007.

The Parties hereby move that the Court stay proceedings in this matter, including but not limited to, discovery deadlines, pending expert designation and supplementation deadlines,

scheduling and pre-trial conferences, trial date, and any other matters addressed in the Scheduling Order, until August 20, 2007. As grounds therefore, the Parties need additional time to pursue settlement discussions in mediation, and thereafter if necessary. The Parties believe that staying the case for this additional time period will facilitate those discussions. Substantial discovery is scheduled or to be scheduled for the remainder of the discovery period, and there are numerous other matters that will require attention if the case is not stayed, such as completing discovery, addressing discovery disputes, and attending to expert matters. In light of the settlement discussions, the Parties view the significant legal fees and other costs that would be incurred if the case is not stayed to be detrimental to the possibility of settling the case. The City is a municipality with significant budget constraints, and McGravey is an individual. The Parties have mutually agreed at this time to devote their attention to the possibility of settling the case, and to preserve their resources to maximize the likelihood that a fair settlement amount can be reached. Staying the case for this brief period will not prejudice the efficient processing of the case, if settlement discussions are unsuccessful.

WHEREFORE, the Parties respectfully request that this Motion be Allowed.

| | |
|---|---|
| **JENNIFER PADELLARO** | **CITY OF LAWRENCE** |
| By her attorney: | By its attorneys: |
| /s/ Kevin G. Powers | /s/ Scott C. Merrill |
| Kevin G. Powers, BBO# 405020 | James W. Bucking, BBO #558800 |
| Rodgers, Powers & Schwartz LLP | Scott C. Merrill, BBO #631008 |
| 18 Tremont Street | Foley Hoag LLP |
| Boston, MA 02108 | 155 Seaport Boulevard |
| (617) 7422-7010 | Boston, MA 02210 |
| | (617) 832-1000 |

- 3 -

JAMES A. MCGRAVEY

By his attorneys:


/s/ Michael R. Bernardo
Thomas E. Peisch, BBO #393260
Michael R. Bernardo, BBO #648310
Conn Kavanaugh Rosenthal
  Peisch & Ford, LLP
10 Post Office Square
Boston, MA 02109
(617) 482-8200

Dated: May 2, 2007

## Certificate of Service

I, Scott C. Merrill, hereby certify that a true copy of the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 2, 2007.

　　　　　　　　　　　　　　　　　　　　　　　_____/s/ Scott Merrill_____