UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

.....................................

| | |
|---|---|
| JENNIFER PADELLARO, | |
| Plaintiff, | CIVIL ACTION NO. 05-11788-MLW |
| v. | |
| JAMES MCGRAVEY and CITY OF LAWRENCE, | |
| Defendants. | |

.....................................

## JOINT MOTION TO CONTINUE STAY OF PROCEEDINGS
## FOR THIRTY DAYS

Plaintiff Jennifer Padellaro and Defendants City of Lawrence and James McGravey (collectively, "the Parties") hereby move that the Court continue its stay of proceedings in this matter for thirty days, including but not limited to, discovery deadlines, pending expert designation and supplementation deadlines, scheduling and pre-trial conferences, trial date, and any other matters addressed in the Scheduling Order.

As grounds therefore, the Parties have taken part in mediation and have been continuing to work with Mediator Mark Irvings in settlement discussions. The Parties are optimistic that final agreement can be reached, but need additional time to complete those discussions. Substantial discovery is scheduled or to be scheduled for the remainder of the discovery period, and there are numerous other matters that will require attention if the case is not stayed, such completing discovery, addressing discovery disputes, and attending to expert matters. In light of the settlement discussions, the Parties view the significant legal fees and other costs that would be incurred if the stay is not continued to be detrimental to the possibility of settling the case.

B3398586.1

- 2 -

The City is a municipality with significant budget constraints, and McGravey is an individual. The Parties have mutually agreed to continue devoting their attentions to the possibility of settling the case, and to preserve their resources to maximize the likelihood that a fair settlement amount can be reached. Staying the case for this brief period will not prejudice the efficient processing of the case, if settlement discussions are unsuccessful.

WHEREFORE, the Parties respectfully request that this Motion be Allowed.

| **JENNIFER PADELLARO** | **CITY OF LAWRENCE** |
|---|---|
| By her attorney: | By its attorneys: |
| /s/ Kevin G. Powers<br>Kevin G. Powers, BBO# 405020<br>Rodgers, Powers & Schwartz LLP<br>18 Tremont Street<br>Boston, MA 02108<br>(617) 7422-7010 | /s/ Scott C. Merrill<br>James W. Bucking, BBO #558800<br>Scott C. Merrill, BBO #631008<br>Foley Hoag LLP<br>155 Seaport Boulevard<br>Boston, MA 02210<br>(617) 832-1000 |

**JAMES A. MCGRAVEY**

By his attorneys:

/s/ Michael R. Bernardo
Thomas E. Peisch, BBO #393260
Michael R. Bernardo, BBO #648310
Conn Kavanaugh Rosenthal
  Peisch & Ford, LLP
10 Post Office Square
Boston, MA 02109
(617) 482-8200

Dated: August 22, 2007

## Certificate of Service

I, Scott C. Merrill, hereby certify that a true copy of the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 22, 2007.

                                                             /s/ Scott Merrill