UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
JENNIFER PADELLARO,

                 Plaintiff,        CIVIL ACTION NO. 05-11788-MLW

      v.

JAMES MCGRAVEY and
CITY OF LAWRENCE,

                 Defendants.
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**JOINT REPORT REGARDING SETTLEMENT AND MOTION TO CONTINUE STAY**

      Plaintiff Jennifer Padellaro and Defendants City of Lawrence and James McGravey (collectively, "the Parties") hereby report that settlement discussions have progressed with the assistance of Mediator Mark Irvings. A draft settlement agreement has been circulated and is currently being considered by the parties. The parties remain optimistic that a final agreement will be reached soon. The parties request that the Court continue the Stay through October 16, 2007 to accommodate settlement discussions.

      WHEREFORE, the Parties respectfully request that this Motion be Allowed.

| **JENNIFER PADELLARO** | **CITY OF LAWRENCE** |
|---|---|
| By her attorney: | By its attorneys: |
| /s/ Kevin G. Powers | /s/ Scott C. Merrill |
| Kevin G. Powers, BBO# 405020 | James W. Bucking, BBO #558800 |
| Rodgers, Powers & Schwartz LLP | Scott C. Merrill, BBO #631008 |
| 18 Tremont Street | Foley Hoag LLP |
| Boston, MA 02108 | 155 Seaport Boulevard |
| (617) 7422-7010 | Boston, MA 02210 |
| | (617) 832-1000 |

B3411942.1

- 2 -

JAMES A. MCGRAVEY

By his attorneys:


/s/ Michael R. Bernardo
Thomas E. Peisch, BBO #393260
Michael R. Bernardo, BBO #648310
Conn Kavanaugh Rosenthal
  Peisch & Ford, LLP
10 Post Office Square
Boston, MA 02109
(617) 482-8200

Dated: September 27, 2007

## Certificate of Service

I, Scott C. Merrill, hereby certify that a true copy of the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 27, 2007.

/s/ Scott Merrill