UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

JENNIFER PADELLARO,                           .
                                              .
                          Plaintiff,          .        CIVIL ACTION NO. 05-11788-MLW
                                              .
            v.                                .
                                              .
JAMES MCGRAVEY and                            .
CITY OF LAWRENCE,                             .
                                              .
                          Defendants.         .

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .


**JOINT REPORT REGARDING SETTLEMENT AND MOTION TO LIFT STAY**
**FOR THE SOLE PURPOSE OF ALLOWING CITY TO PURSUE SANCTIONS**
**AGAINST RICHARD SULLIVAN**

Plaintiff Jennifer Padellaro and Defendants City of Lawrence and James McGravey

(collectively, "the Parties") hereby report that settlement discussions have continued to progress

and that the Parties have reached an agreement in principal as to all of Plaintiff's claims against

both Defendants, and are currently in the process of finalizing details contained in a draft

settlement agreement.  The parties remain optimistic that a final agreement will be reached soon.

However, the settlement preserves the City's right to pursue sanctions against Richard Sullivan

through a lifting of the Stay, prior to any stipulation of dismissal.  The City's request for

sanctions against Sullivan was pending before the Court when the Parties first commenced

settlement discussions.  The Parties hereby request that the Stay be lifted for the sole purpose of

allowing the City to be heard on this matter in a hearing.  The City requests that the hearing be

scheduled immediately so that this outstanding issue concerning sanctions may be addressed and

resolved.  The Parties agree that the timely resolution of this matter will be helpful in finalizing

all aspects of the settlement parameters that are set forth in the draft agreement.

WHEREFORE, the Parties respectfully request that this Motion be Allowed.

**JENNIFER PADELLARO**

By her attorney:

/s/ Kevin G. Powers
Kevin G. Powers, BBO# 405020
Rodgers, Powers & Schwartz LLP
18 Tremont Street
Boston, MA 02108
(617) 7422-7010

**CITY OF LAWRENCE**

By its attorneys:

/s/ Scott C. Merrill
James W. Bucking, BBO #558800
Scott C. Merrill, BBO #631008
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

**JAMES A. MCGRAVEY**

By his attorneys:

/s/ Michael R. Bernardo
Thomas E. Peisch, BBO #393260
Michael R. Bernardo, BBO #648310
Conn Kavanaugh Rosenthal
   Peisch & Ford, LLP
Ten Post Office Square
Boston, MA 02109
(617) 482-8200

Dated:  October 16, 2007

## Certificate of Service

I, Scott C. Merrill, hereby certify that a true copy of the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 16, 2007.

/s/ Scott Merrill