UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
                                            .
JENNIFER PADELLARO,                         .
                                            .
                        Plaintiff,          .        CIVIL ACTION NO. 05-11788-MLW
                                            .
            v.                              .
                                            .
JAMES MCGRAVEY and                          .
CITY OF LAWRENCE,                           .
                                            .
                        Defendants.         .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## JOINT REQUEST FOR IMMEDIATE HEARING
## ON CITY'S MOTION FOR SANCTIONS
## AGAINST RICHARD SULLIVAN

Plaintiff Jennifer Padellaro and Defendants City of Lawrence and James McGravey

(collectively, "the Parties") hereby request that the Court immediately schedule a hearing on the

City's pending Motion for Sanctions Against Richard Sullivan.  As grounds therefor, Plaintiff

and the City have reached an agreement concerning all of Plaintiff's claims against both

Defendants and the settlement of the lawsuit, but need the outstanding issues presented in the

City's Motion for Sanctions to be resolved in order for the settlement to become effective.  As

reported to the Court in the Joint Settlement Report on October 16, 2007, the settlement

preserves the City's right to pursue sanctions against Richard Sullivan through a lifting of the

Stay, prior to any stipulation of dismissal.  The City's request for sanctions against Sullivan was

pending before the Court when the Parties first commenced settlement discussions.  The Parties

requested in the October Joint Report that the Stay be lifted for the sole purpose of allowing the

City to be heard on this matter in a hearing.  The Parties now request that the hearing be

B3431192.1

scheduled immediately so that this outstanding issue concerning sanctions may be addressed and resolved.

WHEREFORE, the Parties respectfully request that this Motion be Allowed.

| | |
|---|---|
| **JENNIFER PADELLARO** | **CITY OF LAWRENCE** |
| By her attorney: | By its attorneys: |
| /s/ Kevin G. Powers | /s/ Scott C. Merrill |
| Kevin G. Powers, BBO# 405020 | James W. Bucking, BBO #558800 |
| Rodgers, Powers & Schwartz LLP | Scott C. Merrill, BBO #631008 |
| 18 Tremont Street | Foley Hoag LLP |
| Boston, MA 02108 | 155 Seaport Boulevard |
| (617) 742-7010 | Boston, MA 02210 |
| | (617) 832-1000 |

**JAMES A. MCGRAVEY**

By his attorneys:


/s/ Michael R. Bernardo
Thomas E. Peisch, BBO #393260
Michael R. Bernardo, BBO #648310
Conn Kavanaugh Rosenthal
  Peisch & Ford, LLP
Ten Post Office Square
Boston, MA 02109
(617) 482-8200

Dated:  November 14, 2007

### Certificate of Service

I, Scott C. Merrill, hereby certify that a true copy of the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on November 14, 2007.

_____ /s/ Scott Merrill _____