UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNIFER PADELLARO,<br>　　　　　　　　Plaintiff,<br><br>v.<br><br>JAMES A. MCGRAVEY and<br>CITY OF LAWRENCE,<br>　　　　　　　　Defendants. | C.A. No. 05-CV-11788-MLW |

### PLAINTIFF'S EMERGENCY MOTION FOR A VOLUNTARY DISMISSAL WITH PREJUDICE AGAINST DEFENDANT JAMES MCGRAVEY

　　Now Comes the Plaintiff Jennifer Padellaro and requests that Pursuant to Rule 41(a)(2), this Court orders a voluntary dismissal with prejudice of her case against James McGravey.

　　As grounds for the above, the Plaintiff states:

1) She has reached a final settlement of her case against the City of Lawrence;

2) In order for the settlement terms to become effective, the City insists that the case be dismissed against co-defendant McGravey;

3) Defendant McGravey was, during the time relevant to this complaint, an employee of the City of Lawrence;

4) The City of Lawrence wants a final and complete settlement of all claims against all defendants as a condition for paying the Plaintiff pursuant to the agreement. Defendant McGravey has not participated in the settlement discussion and is not required to pay the Plaintiff any money.

5) A voluntary stipulation with prejudice has been sent to Defendant McGravey's attorney, who was asked to sign the stipulation. While

not refusing to sign the stipulation, to date, he has not done so.

6) Time is of the essence in this case due to the fact that a related Worker's Compensation hearing is being held on November 29, 2007.

7) The contemplated settlement concludes both the Worker's Compensation claim the Plaintiff has pending, as well as the present case.

8) The case presently before the Court must be dismissed in its entirety before the Worker's Compensation hearing.

Signed under the pains and penalties of perjury,

Jennifer Padellaro,
By her attorney,

_____
Kevin G. Powers (BBO# 405020)
Rodgers, Powers & Schwartz LLP
18 Tremont Street, Suite 500
Boston, MA 02108
617-742-7010

Pl's Mot. Vol. Dismissal McGravey

### CERTIFICATE OF SERVICE

I, Kevin G. Powers, hereby certify that on this 20th day of November, a true copy of the foregoing was served by mail, upon James Bucking, Esq. of Foley Hoag LLP at 155 Seaport Boulevard, Boston, MA 02210 and Thomas E. Peisch, Esq. of Conn Kavanaugh Rosenthal Peisch & Ford, LLP at Ten Post Office Square, Boston, MA 02109

_____
Kevin G. Powers, Esq.