UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNIFER PADELLARO, | |
| Plaintiff, | CIVIL ACTION NO. 05-11788-MLW |
| v. | |
| JAMES MCGRAVEY and CITY OF LAWRENCE, | |
| Defendants. | |

## PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(2), the plaintiff Jennifer Padellaro ("Plaintiff") hereby moves, with the assent of the defendant City of Lawrence ("City"), that this action be dismissed with prejudice and without costs or attorneys' fees, and waiving any right to appeal; with the exception of the City's outstanding Motion for Sanctions against Richard Sullivan which the Plaintiff agrees the City has the right to pursue. As grounds therefor, the Plaintiff states that she and the City have reached a satisfactory settlement of this and other claims, a condition of which is the dismissal of the instant action on the terms described above.

*MOVING:*

**Jennifer Padellaro**
By her attorney,

_____
Kevin G. Powers, (BBO #405020)
Rogers, Powers & Schwartz LLP

*ASSENTING:*

**City of Lawrence**
By its attorneys,

_____
James W. Bucking (BBO # 558800)
Scott C. Merrill (BBO # 631008)

Document28              - 8 -

18 Tremont Street  
Boston, MA 02108  
(617) 742-7010

FOLEY HOAG LLP  
155 Seaport Boulevard  
Boston, MA 02210  
(617) 832-1000

Dated:  October __, 2007  
       Jan 16, 2008